ABCO MOVING & STORAGE CORP. v. NEW YORK TELEPHONE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See *ante*, p. 779.]

In the Matter of ALEXANDER CUMMING.— Motion for reinstatement to the Bar or for other relief denied. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

In the Matter of SOLOMON WEINGARTEN.— Motion for leave to appeal to the Court of Appeals denied. Motion for a stay granted to the extent stated in the order. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of ALEXANDER E. DUBROFF (Also Known as ALEXANDER E. DuBROFF), an Attorney.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ.

GEORGE WARREN et al., Copartners Trading under the Name of PAN-AMERICAN DISTRIBUTORS CO. v. CHEMICAL BANK & TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [See *ante*, p. 785.]

ALBERT A. VOLK COMPANY, INC., Respondent-Appellant, v. FLESCHNER BROS., INC., et al., Appellants-Respondents, et al., Defendants.— Motion denied. Present — Dore, J. P., Callahan, Van Voorhis and Shientag, JJ. [See 273 App. Div. 994.]

OSWALD R. JONES et al. v. CHAPEL HILL, INC.— Motion denied. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See 273 App. Div. 510.]